THE STATE EX REL. STEELCRAFT MANUFACTURING COMPANY, APPELLANT,
*v.* INDUSTRIAL COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. Steelcraft Mfg. Co. v. Indus.
Comm.*, 98 Ohio St.3d 393, 2003-Ohio-1484.]

(No. 2002–1557—Submitted February 25, 2003—Decided April 9, 2003.)

{¶ 1}   The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., RESNICK, PFEIFER, COOK, LUNDBERG STRATTON and O'CONNOR, JJ., concur.

F.E. SWEENEY, J., dissents and would reverse the judgment of the court of appeals.

Dinsmore & Shohl, L.L.P., Christopher A. Benintendi and Brian C. Thomas, for appellant.

Jim Petro, Attorney General, and Janine Hancock Jones, Assistant Attorney General, for appellee Industrial Commission of Ohio.

Young, Reverman & Mazzei Co., L.P.A., Robert D. Karl and Stephen S. Mazzei, for appellee David Pennington.